WH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE ASHMAN
JUDGE HIBBLER

05CR0282

FILED
MAR 29 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. ) Violation: Title 18, United
) States Code, Sections 2113(b)
CHRISTOPHER NIKITAS ) and 2

The UNITED STATES ATTORNEY charges:

Between in or about September 1999 and in or about January 2000, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

CHRISTOPHER NIKITAS,

defendant herein, took and carried away, and caused to be taken and carried away with the intent to steal and purloin property and money, namely proceeds in excess of $200,000, belonging to the Suburban Bank & Trust Company, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(b) and 2.

_____
UNITED STATES ATTORNEY